Monday, May 9th, 2022



**RECEIVED**

MAY 13 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk of the Court
United States District Court
District of California – Northern District
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

Re: (Wescott versus Matusow, et al.), Plaintiff's Response to the Court's OSC
**22-cv-00070-JCS**

Dear Clerk of the Court:

Four days ago, I sent in *Plaintiff's Response to the Court's Order to Show Cause* for this case, responding to the Court's Order of April 13th.

As a further response following the April 13th Court's Order, I'm also sending in *Plaintiff's Amended Verified Legal Complaint*, attached hereto.

Would you kindly file the attached in the docket as well?

Please reach out to me if you have any questions or concerns.

Thank you for your kind assistance, as always.


RESPECTFULLY SUBMITTED   on May 9th, 2022

*Carl A. Wescott*   .

Carl A. Wescott, Plaintiff pro se
8210 E. Via de la Escuela
Scottsdale, AZ 85258
+1 936 937 2688
carlwsoj@gmail.com