

PRIORITY MAIL
U.S. POSTAGE PAID
C2M
eVS

**USPS PRIORITY MAIL®**

530525-1-1-PRI
CARL A WESCOTT
8210 E Via de la Escuela
Scottsdale, AZ 85258

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

Clerk of the Court
United States District Court
450 Golden Gate Ave FL 16
San Francisco, CA 94102-3426

INSPECTED BY
U.S. MARSHALS
MAY 13 2022

USPS TRACKING # eVS



9205 5901 5266 1900 1614 7099 36

**PRIORITY**
★ MAIL ★

- 📅 DATE OF DELIVERY SPECIFIED*
- 📶 USPS TRACKING™ INCLUDED*
- 💲 INSURANCE INCLUDED*
- 🚐 PICKUP AVAILABLE

\* Domestic only


ick2Mail.com


PS01101117521

June 2017
OD: 9 x 12


UNITED STATES POSTAL SERVICE®