UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL WESCOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEN MATUSOW, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00070-JCS<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND DIRECTING SERVICE OF AMENDED COMPLAINT**<br><br>Re: Dkt. Nos. 8, 10 |

　　　　The Court previously granted an application by Plaintiff Carl Wescott, pro se, to proceed in forma pauperis and ordered him to show cause why his complaint should not be dismissed under 28 U.S.C. § 1915(e)(2)(B) for lack of subject matter jurisdiction.  *See* Order to Show Cause (dkt. 8).  Wescott filed a response (dkt. 9) and amended complaint (dkt. 10) including further allegations regarding the amount in controversy.[1]  Without prejudice to any argument that Defendants might make after they are served and appear, the Court discharges its previous order to show cause and directs the Clerk of Court to issue summons and the Clerk or the U.S. Marshal to serve process and a copy of this order on Defendants Ken Matusow and Synergicity, Inc.  The case management conference previously set for May 27, 2022 is CONTINUED to August 26, 2022 at 2:00 PM, to occur via Zoom webinar.

　　　　**IT IS SO ORDERED.**

Dated: May 25, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

---

[1] Wescott's amended complaint was not received until May 13, 2022—two days after the deadline set by the order to show cause.  That delinquency is excused, but Wescott is admonished that if he continues to file by mail, he must ensure that documents are *received* by any applicable deadline.