**Thelma Nudo**
___

**From:** Carl Wescott <carlwsoj@gmail.com>
**Sent:** Friday, July 1, 2022 3:43 AM
**To:** Thelma Nudo; Carl Wescott
**Subject:** Wescott versus Matusow et. al., 3:22-cv-00070-JCS

**CAUTION - EXTERNAL:**


June 30th, 2022


Ms. Thelma Nudo
Case Systems Administrator
Thelma_Nudo@cand.uscourts.gov


Re:  Wescott versus Matusow et. al., 3:22-cv-00070-JCS


Ms. Nudo-


I apologize for the late response.


I had filed USM-285s in person with the clerk on the 16th floor of 450 Golden Gate Avenue, but just realized that I should send this information to you directly, too, in response to your and Mr. Busby's letter.


The address for both Ken Matusow and Synergicity, Inc., is

>840 Loma Vista
>Moss Beach, CA 94038

Thank you


_Carl A. Wescott_     +1 936 937 2688

Carl A. Wescott, Plaintiff *pro se*

1

8210 E. via de la Escuela
Scottsdale, AZ 85258
carlwsoj@gmail.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.