UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A. WESCOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEN MATUSOW, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-00070-JCS<br><br>**ORDER TO SHOW CAUSE WHY COSTS OF SERVICE SHOULD NOT BE IMPOSED IF DEFENDANTS DO NOT WAIVE SERVICE OF SUMMONS** |

　　　The Court previously granted Plaintiff Carl Wescott's application to proceed in forma pauperis, found his amended complaint sufficient to proceed (without prejudice to any argument that Defendants might raise after they appear), and instructed the U.S. Marshal to serve process on Defendants Ken Matusow and Synergicity, Inc. Supervisory Deputy U.S. Marshal Nicole Lopez has unsuccessfully attempted service multiple times. Defendants appear to be evading service—wasting the time of the Court and the Marshals Service, and causing unnecessary public expense.

　　　The Clerk is instructed to send the following via First Class Mail to Defendants at 840 Loma Vista Street, Moss Beach, California 94038: (1) a copy of this order; (2) a copy of the amended complaint; (3) two copies of the attached waiver form for Defendant Matusow; (4) two copies of the attached waiver form for Defendant Synergicity; and (5) prepaid means of returning those forms. *See* Fed. R. Civ. P. 4(d)(1)(C).

　　　If Defendants waive service and return their waiver forms to the Court no later than November 28, 2022, they shall answer or otherwise respond to the Complaint no later than December 27, 2022. *See* Fed. R. Civ. P. 4(d)(1)(F), 4(d)(3).

　　　Under Rule 4 of the Federal Rules of Civil Procedure, a defendant generally has a duty to cooperate in avoiding unnecessary expense in effecting service. If Defendants do *not* return waivers of service on or before November 28, 2022, they are ORDERED TO SHOW CAUSE why

they should not be required to reimburse any further expense incurred after that date by Wescott, the Court, or the Marshal to complete service, by filing a response to this order no later than twenty-one days after Defendants are served with process.

      The Marshal shall continue to attempt service until service is completed or Defendants waive service.

**IT IS SO ORDERED.**

Dated: October 26, 2022

_____
JOSEPH C. SPERO
Chief Magistrate Judge