Richard J. Zuromski, Jr. (Bar No. 227569)
Jon-Patrick A. Jones (Bar No. 333173)
**SEIFERT ZUROMSKI LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone: 415-293-7966
Facsimile: 415-293-8001
Email: rzuromski@szllp.com

Attorneys for Defendants
*Synergicity, Inc. and Ken Matusow*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carl A. Wescott, an individual<br><br>              Plaintiff,<br><br>       v.<br><br>Synergicity, Inc., a California Corporation; Ken Matusow, an individual,<br><br>              Defendants. | No. 3:22-CV-00070-WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS SYNERGICITY, INC. AND KEN MATUSOW'S MOTION TO DISMISS**<br><br>**DATE:** **JANUARY 12, 2023**<br>**TIME:** **8:00 AM**<br>**PLACE:** **HON. WILLAM H. ALSUP**<br>           **16TH FLOOR** |

# [PROPOSED] ORDER GRANTING MOTION TO DISMISS

The motion of Defendants Synergicity, Inc. and Ken Matusow for an order: (1) dismissing the entire case under Federal Rules of Civil Procedure, Rule 12(b)(1) for lack of jurisdiction over this controversy; and (2) dismissing all causes of action under Federal Rules of Civil Procedure, Rule 9(b) and 12(b)(6) for failure to plead fraud with particularity and failure to state a claim upon which relief can be granted came on for hearing before this Court. The Court, having considered the papers and evidence submitted, and the argument of counsel, and good cause appearing, hereby ORDERS the following:

(1) Plaintiff's Complaint is dismissed with prejudice, in its entirety, for lack of subject matter jurisdiction; and

(2) All causes of action are dismissed with prejudice for failure to state a claim upon which relief can be granted and failure to plead fraud with particularity.

IT IS SO ORDERED.

Dated: January ___, 2023

_____
United States District Judge