1 | Richard J. Zuromski, Jr. (Bar No. 227569)
2 | Jon-Patrick A. Jones (Bar No. 333173)
  | **SEIFERT ZUROMSKI LLP**
3 | 100 Pine Street, Suite 1250
  | San Francisco, CA  94111
4 | Telephone:       415-293-7966
  | Facsimile:        415-293-8001
5 | Email: rzuromski@szllp.com

6 | Attorneys for Defendants
  | *Synergicity, Inc. and Ken Matusow*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Carl A. Wescott, an individual | No. 3:22-CV-00070-WHA |
|---|---|
| Plaintiff, | **PROOF OF SERVICE BY OVERNIGHT MAIL** |
| v. | |
| Synergicity, Inc., a California Corporation; Ken Matusow, an individual, | |
| Defendants. | |

# PROOF OF SERVICE

I, Richard J. Zuromski, Jr., hereby declare:

My business address is Seifert Zuromski LLP, 100 Pine Street, Suite 1250, San Francisco, California 94111. I am over the age of eighteen years and I am not a party to this action.

On the date set forth below, I served the foregoing documents described as:

(1) **RE-NOTICE OF DEFENDANTS SYNERGICITY, INC. AND KEN MATUSOW'S NOTICE OF MOTION AND MOTION TO DISMISS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

(2) **DECLARATION OF KEN MATUSOW IN SUPPORT OF DEFENDANTS SYNERGICITY, INC. AND KEN MATUSOW'S MOTION TO DISMISS**

(3) **[PROPOSED] ORDER GRANTING DEFENDANTS SYNERGICITY, INC. AND KEN MATUSOW'S MOTION TO DISMISS**

By UPS Overnight Service from my business address listed above to the following parties to this matter:

**Carl A. Wescott**

**8210 E. Via de la Escuela**

**Scottsdale, AZ 85258**

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Pacifica, California on November 29, 2022.

*Richard J. Zuromski, Jr.*
Richard J. Zuromski, Jr.