Richard J. Zuromski, Jr. (Bar No. 227569)
Jon-Patrick A. Jones (Bar No. 333173)
**SEIFERT ZUROMSKI LLP**
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:     415-293-7966
Facsimile:      415-293-8001
Email: rzuromski@szllp.com

Attorneys for Defendants
*Synergicity, Inc. and Ken Matusow*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carl A. Wescott, an individual<br><br>          Plaintiff,<br><br>     v.<br><br>Synergicity, Inc., a California Corporation; Ken Matusow, an individual,<br><br>          Defendants. | No. 3:22-CV-00070-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |

WHEREAS, on November 22, 2022, Defendants Ken Matusow and Synergicity, Inc. ("Defendants") filed their Motion to Dismiss (the "Motion") the Amended Complaint filed by Plaintiff Carl Wescott ("Plaintiff") as Docket Number 36 in the above-captioned action, with a hearing date set for January 6, 2023. Pursuant to Civil Local Rules 7-3(a), Plaintiff's response to the Motion would currently be due on or before December 6, 2022;

WHEREAS, on November 28, 2022, this case was reassigned to the Honorable William H. Alsup (Dkt. No. 41). In the order of reassignment, the Court stated that "[a]ll hearing and trial dates presently scheduled are vacated. However, existing briefing schedules for motions remain unchanged.";

WHEREAS, on November 29, 2022, Defendants re-noticed their Motion for hearing in front of the Honorable William H. Alsup and set the hearing date for January 12, 2023 (Dkt. No. 42) (the "Re-Noticed Motion"). Defendants served Plaintiff with a copy of the re-noticed motion via overnight mail and also by email to an email address designated by Plaintiff;

WHEREAS, Plaintiff is appearing pro per in this matter and has not had the opportunity to review the Re-Noticed Motion or begin preparing his opposition brief;

WHEREAS, the parties agree to extend the time for Plaintiff to oppose to or otherwise respond to the Re-Noticed Motion by one week (i.e., to December 13, 2022) and to accordingly extend the time for Defendants to file their reply by one week (i.e., to December 20, 2022);

WHEREAS, Pursuant to Local Rule 6-1(b), Plaintiff and Defendants hereby stipulate to extend the time for Plaintiff to file and serve his opposition or other response to the Re-Noticed Motion to December 13, 2022 and to extend the time for Defendants to file and serve their reply to December 20, 2022; and

WHEREAS, there are currently no deadlines on the Court's calendar in this case other than the deadlines for the briefing on the Re-Noticed Motion and the parties' stipulation will not otherwise affect the hearing or proceeding on the Re-Noticed motion which will now be heard approximately one week later than originally noticed and this stipulation is being filed more than 14 days before the January 12, 2023 hearing date.

NOW, THEREFORE, the parties stipulate and jointly request the Court enter an order extending the time period for Plaintiff to file and serve his opposition or other response to the Re-Noticed Motion to December 13, 2022 and for Defendants to file and serve their reply brief to December 20, 2022.

Dated:  December 1, 2022                SEIFERT ZUROMSKI LLP

By   /s/ Richard J. Zuromski, Jr.
Richard J. Zuromski, Jr.
Attorneys for Defendants

Dated:  December 1, 2022

By   /s/ Carl A. Wescott
Carl A. Wescott, Pro Per

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  December 1, 2022                SEIFERT ZUROMSKI LLP

By   /s/ Richard J. Zuromski, Jr.
Richard J. Zuromski, Jr.
Attorneys for Defendants

PURSUANT TO STPULATION, IT IS SO ORDERED.

Date: _____            _____
Hon. Willam H. Alsup
United States District Judge

2

**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE**                3:22-CV-00070-WHA