1  Richard J. Zuromski, Jr. (Bar No. 227569)
   Jon-Patrick A. Jones (Bar No. 333173)
2  **SEIFERT ZUROMSKI LLP**
   200 Pine Street, Suite 1250
3  San Francisco, CA  94105
   Telephone:         415-293-7966
4  Facsimile:         415-293-8001
   Email: rzuromski@szllp.com
5
   Attorneys for Defendants
6  *Synergicity, Inc. and Ken Matusow*

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12

13  Carl A. Wescott, an individual        No. 3:22-CV-00070-WHA

14              Plaintiffs,               **DECLARATION OF RICHARD J.
                                          ZUROMSKI, JR. IN SUPPORT OF JOINT
15       v.                               STIPULATION TO MODIFY BRIEFING
                                          SCHEDULE ON DEFENDANTS' MOTION
16  Synergicity, Inc., a California       TO DISMISS**
    Corporation; Ken Matusow, an
17  individual;

18              Defendants.

19

20

21

22

23

24

25

26

27

28

**ZUROMSKI DECL. ISO STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS      3:22-CV-00070-WHA**

**DECLARATION OF RICHARD J. ZUROMSKI, JR.**

I, RICHARD J. ZUROMSKI, JR., declare:

1. I am an attorney at law licensed to practice in the State of California. I am counsel of record herein for Defendants Ken Matusow and Synergicity, Inc. I make this declaration in support of the parties' Stipulation to Modify Briefing Schedule on Defendants' Motion to Dismiss. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 6-2(a).

3. Defendants filed a Motion to Dismiss (the "Motion") Plaintiff's Amended Complaint on November 22, 2022. After this case was reassigned to the Honorable William H. Alsup, Defendants re-noticed the Motion and set the hearing date for January 12, 2023 (Dkt. No. 42) (the "Re-Noticed Motion"). Defendants served Plaintiff with a copy of the Re-Noticed Motion via overnight mail and also by email to an email address designated by Plaintiff.

4. I understand that Plaintiff is appearing pro per in this matter and, given the intervening Thanksgiving holiday, has not had the opportunity to review the Motion or Re-Noticed Motion or begin preparing his opposition brief. Defendants are willing to extend the time for Plaintiff to oppose and/or otherwise respond to the Re-Noticed Motion as if it was originally filed on November 29, 2022.

5. Defendants only first appeared in this case on November 22, 2022 and have not requested any modifications to any Court deadlines prior to filing the accompanying stipulation. I understand that Plaintiff has requested various extensions of deadlines for service of his Amended Complaint, all prior to Defendants' appearance in this matter.

6. There are currently no deadlines on the Court's calendar in this case, other than the deadlines for the briefing on the Re-Noticed Motion, and the parties' stipulation will not otherwise affect the date of the hearing or proceeding on the Re-Noticed Motion. The stipulation only extends the time for Plaintiff to file his opposition brief and Defendants to file their reply brief by one week, respectively. The Re-Noticed Motion will now be heard approximately one

week later than the originally noticed Motion and this stipulation is being filed more than 14 days before the January 12, 2023 hearing date.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on December 1, 2022 in Pacifica, California.

*Richard J. Zuromski, Jr.*
Richard J. Zuromski, Jr.