1 | Richard J. Zuromski, Jr. (Bar No. 227569)
2 | Jon-Patrick A. Jones (Bar No. 333173)
**SEIFERT ZUROMSKI LLP**
3 | 100 Pine Street, Suite 1250
San Francisco, CA 94111
4 | Telephone:      415-293-7966
Facsimile:       415-293-8001
5 | Email: rzuromski@szllp.com

6 | Attorneys for Defendants
*Synergicity, Inc. and Ken Matusow*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Carl A. Wescott, an individual | No. 3:22-CV-00070-WHA |
|---|---|
| Plaintiff, | **PROOF OF ELECTRONIC SERVICE** |
| v. | |
| Synergicity, Inc., a California Corporation; Ken Matusow, an individual, | |
| Defendants. | |

**PROOF OF ELECTRONIC SERVICE**

I, Richard J. Zuromski, Jr., hereby declare:

My business address is Seifert Zuromski LLP, 100 Pine Street, Suite 1250, San Francisco, California 94111. I am over the age of eighteen years and I am not a party to this action.

On the date set forth below, pursuant to California Civil Procedure Code section 1010.6 and California Rules of Court section 2.251, I served the foregoing documents described as:

**(1)  STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

**(2)  DECLARATION OF RICHARD J. ZUROMSKI, JR. IN SUPPORT OF JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS**

By electronic service from my email address rzuromski@szllp.com to the following individuals through e-mail to the following counsel for the parties to this matter:

Plaintiff in Pro Per:    Carl A. Wescott:  carlwsoj@gmail.com

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed at Pacifica, California on December 1, 2022.

_____
Richard J. Zuromski, Jr.

**PROOF OF ELECTRONIC SERVICE**                                                              3:22-CV-00070-WHA