Richard J. Zuromski, Jr. (Bar No. 227569)
Jon-Patrick A. Jones (Bar No. 333173)
**SEIFERT ZUROMSKI LLP**
100 Pine Street, Suite 1250
San Francisco, CA  94111
Telephone:       415-293-7966
Facsimile:       415-293-8001
Email: rzuromski@szllp.com

Attorneys for Defendants
*Synergicity, Inc. and Ken Matusow*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carl A. Wescott, an individual | No. 3:22-CV-00070-WHA |
| Plaintiff, | **NOTICE OF NO OPPOSITION FILED TO DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| Synergicity, Inc., a California Corporation; Ken Matusow, an individual, | |
| Defendants. | |

1    TO THE COURT AND ALL PARTIES, PLEASE TAKE NOTICE:

2        Plaintiff has failed to file an opposition to Defendants' Motion to Dismiss within the time

3    required by the Local Rules and Court Order (Dkt. 45).

4        Plaintiff has waived his response and Defendants therefore request that the Court rule on

5    the Motion to Dismiss.

6    Dated:  December 14, 2022            SEIFERT ZUROMSKI LLP

7

8                            By _____ /s/ Richard J. Zuromski, Jr. _____
                                    Richard J. Zuromski, Jr.
9                                    Attorneys for Defendants