1  Richard J. Zuromski, Jr. (Bar No. 227569)
   Jon-Patrick A. Jones (Bar No. 333173)
2  **SEIFERT ZUROMSKI LLP**
   100 Pine Street, Suite 1250
3  San Francisco, CA 94105
   Telephone:    415-293-7966
4  Facsimile:    415-293-8001
   Email: rzuromski@szllp.com
5
   Attorneys for Defendants
6  *Synergicity, Inc. and Ken Matusow*

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

12

13  Carl A. Wescott, an individual          No. 3:22-CV-00070-WHA

14             Plaintiffs,                  **STIPULATION AND [PROPOSED] ORDER DISMISSING CASE**

15       v.

16  Synergicity, Inc., a California
    Corporation; Ken Matusow, an
17  individual;

18             Defendants.

**STIPULATION AND [PROPOSED] ORDER**

On December 16, 2022, the Parties in the above-captioned action reached an agreement that this action would be dismissal without prejudice.

NOW, THEREFORE, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the Parties, through their undersigned counsel, agree that this matter should be dismissed in its entirety, without prejudice, and with each party to bear its own costs.  The Parties further request that the Court enter the Order of Dismissal, without prejudice, below.

Dated:  December 22, 2022

By     /s/ Carl A. Wescott
          Carl A. Wescott

Dated:  December 22, 2022                SEIFERT ZUROMSKI LLP

By     /s/ Richard J. Zuromski, Jr.
          Richard J. Zuromski, Jr.
Attorneys for Synergicity, Inc. and Ken Matusow

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the above stipulation by the Parties, IT IS HEREBY ORDERED that the above-captioned case be and is dismissed in its entirety, without prejudice, and with each party to bear its own costs.

Dated:_____            By: _____
          Judge of the District Court

# ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: December 22, 2022              SEIFERT ZUROMSKI LLP

By   /s/ Richard J. Zuromski, Jr.
          Richard J. Zuromski, Jr.
Attorneys for Synergicity, Inc. and Ken Matusow